# SONAGERI & FALLON, L.L.C.

ATTORNEYS AT LAW
CONTINENTAL PLAZA II
411 HACKENSACK AVENUE
HACKENSACK, NEW JERSEY 07601

JAMES L. SONAGERI [1]
CERTIFIED CIVIL TRIAL ATTORNEY

GERARD C. FALLON
(1933 - 2006)

JAMES C. DE NORSCIA [1]
CERTIFIED CIVIL TRIAL ATTORNEY

OF COUNSEL

DONNA YUROW SONAGERI

1. ADMITTED IN NJ & NY

TELEPHONE: (201) 646-1000
FACSIMILE: (201) 646-1084

NEW YORK OFFICE

1461 FRANKLIN AVENUE
GARDEN CITY, NEW YORK 11530
TELEPHONE: (516) 739-1100
FACSIMILE: (516) 739-1103

September 16, 2010

Honorable Renee Marie Bumb, U.S.D.J.
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza
Camden, New Jersey 08101

    Re:  Miller v. Schindler Elevator Corporation, et al.
         Docket No.: 09-cv-849-RMB

Dear Judge Bumb:

    Pursuant to Rule 7.1(d)(5), we envoke our right to an automatic extension of the return date of Defendant, Bally's Park Place, Inc. d/b/a Claridge Tower at Bally's, motion for declaratory judgment. The new return date for the motion shall be the next available motion date, which is October 18, 2010.

    Respectfully submitted,

    SONAGERI & FALLON, L.L.C.

    JAMES L. SONAGERI

JLS/nb
cc:  Ronald B. Grayzel, Esq.
     Amy Rudley, Esq.
     Colleen L. Brandt, Esq.
     Robert C. Neff, Jr., Esq.