IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DELORES MILLER,<br><br>                Plaintiff,<br><br>   v.<br><br>SCHINDLER ELEVATOR<br>CORPORATION, et al.,<br><br>                Defendants. | Civil No. 09-849-RMB-KMW |

**ORDER ON INFORMAL APPLICATION TO
REMOVE CASE FROM THE ARBITRATION PROGRAM**

**IT IS** on this **25th** day of **May, 2011,** hereby

**ORDERED** that the above-captioned matter is removed from Arbitration.

                                              s/Karen M. Williams
                                              KAREN M. WILLIAMS
                                              UNITED STATES MAGISTRATE JUDGE

cc: Hon. Renée Marie Bumb
    James Quinlan, Arbitration Clerk